# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAIME CESAR GONZALEZ,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>AKHAVAN, *et al.*,<br><br>　　　　　Defendants. | Case No. 1:23-cv-01506-JLT-BAM (PC)<br><br>ORDER DIRECTING PLAINTIFF TO PROVIDE WRITTEN NOTICE IDENTIFYING DEFENDANTS JOHN DOE AND JANE DOE FOR SERVICE OF PROCESS<br><br>**NINETY (90) DAY DEADLINE** |

　　　Plaintiff Jaime Cesar Gonzalez ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

　　　On November 19, 2024, the Court ordered that this action proceed on Plaintiff's first amended complaint against Defendants Jane Doe, John Doe, and Martinez for deliberate indifference to medical care in violation of the Eighth Amendment for forcing Plaintiff into the van transport following back surgery. (ECF No. 23.) By separate order, the Court has directed service of the complaint on Defendant Martinez.

　　　At this time, the Court does not find service appropriate for Defendants John Doe and Jane Doe because the U.S. Marshal cannot serve a Doe Defendant. Therefore, before the Court orders the U.S. Marshal to serve Defendants John Doe and Jane Doe, Plaintiff will be required to identify them with enough information to locate the defendants for service of process. Once Plaintiff identifies Defendants John Doe and Jane Doe for service, he should file a motion to

1

substitute the identities of Defendants John Doe and Jane Doe in the complaint.  If the motion is granted, the Court will direct the U.S. Marshal to serve Defendants John Doe and Jane Doe. However, if Plaintiff fails to identify Defendants John Doe and Jane Doe, then any unidentified defendant will be dismissed from this action.

Accordingly, IT IS HEREBY ORDERED as follows:

1. Within **ninety (90) days** from the date of service of this order, Plaintiff SHALL file a motion to substitute the identities of Defendants John Doe and Jane Doe that provides the Court with enough information to locate them for service of process; and
2. **The failure to comply with this order will result in dismissal of any unidentified defendant(s) from this action, without prejudice, for failure to serve with process pursuant to Federal Rule of Civil Procedure 4(m).**

IT IS SO ORDERED.

Dated:   **November 21, 2024**           /s/ *Barbara A. McAuliffe*          
                                         UNITED STATES MAGISTRATE JUDGE

2